IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 08- 22 |
| ) | |
| VALERIANO ORTIZ-FLORES, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT** 

The Grand Jury for the District of Delaware charges that:

**Count I**

On or about January 9, 2008, in the District of Delaware, Valeriano Ortiz-Flores, the defendant, an alien and subject of Mexico, who had been removed to Mexico from the United States on or about September 22, 1998; May 5, 1999; June 19, 2000; July 31, 2000; March 7, 2001, May 16, 2001, June 18, 2001, December 21, 2001; and June 7, 2002, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:

_____

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-5-08