UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**VALERIANO ORTIZ-FLORES**,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 08-22-SLR<br>)<br>)<br>)<br>) |

## O R D E R

This **10TH** day of **APRIL 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **APRIL 24TH, 2008.** Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney