AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>VALERIANO ORTIZ-FLORES, | **WARRANT FOR ARREST**<br><br>Case Number: 08-22-UNA-SLR |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VALERIANO ORTIZ-FLORES _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

RE-ENTRY AFTER DEPORTATION.

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326(a) _____

PETER T. DALLEO                                    _[signature]_  Deputy Clerk
Name of Issuing Officer                            Signature of Issuing Officer

CLERK OF COURT                                     2/5/2008 at WILMINGTON, DE
Title of Issuing Officer                           Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm, DE

| DATE RECEIVED<br>2/5/08 | NAME AND TITLE OF ARRESTING OFFICER<br>William Davis   DUSM | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>4/4/08 | | |