IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-22-SLR |
| VALERIANO ORTIZ-FLORES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Valeriano Ortiz-Flores, Defendant, by and through his undersigned attorney, Luis A. Ortiz, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Sue L. Robinson on August 18, 2008, in the United States District Court for the District of Delaware.

       /s/ Luis A. Ortiz
LUIS A. ORTIZ, ESQUIRE
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Attorney for Defendant Valeriano Ortiz-Flores

Dated: August 18, 2008