# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

District Court: United States v. Valeriano Ortiz-Flores
Court of Appeals Docket No.: 08-3544
District Court Docket No.: 08-22

Short Case Title: USA v. Valeriano Ortiz-Flores
Date Notice of Appeal Filed by Clerk of District Court: 08-19-08

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- [ ] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the District.Court. Clerk's office.
- [X] This is to order a transcript of the proceedings heard on the date listed below from Valerie Gunning (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

Guilty Plea Hrng. held on 05/12/08 before Judge Sue L. Robinson

Sentencing held before Judge Sue L. Robinson on 08/11/08

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire;
- [ ] Opening statemen of plaintiff
- [ ] defendant
- [ ] Closing argument of plaintiff
- [ ] defendant
- [ ] Jury instructions
- [X] Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to District Court Judge
- [X] Private Funds

Signature: /s/
Date: 09-04-08
Print Name: Luis A. Ortiz, Esq.
Counsel for: Valeriano Ortiz-Flores
Address: 704 King St., Ste. 110 Wilmington, DE  19801
Telephone: 302-573-6010

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____     _____     _____
Date             (Name of Court Reporter)   Telephone

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.) This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

_____     _____
Date             Signature of Court Reporter

mmr20051003dgw

## INSTRUCTIONS FOR COMPLETING
## TRANSCRIPT PURCHASE ORDER

*GENERAL INSTRUCTIONS*

*PLEASE NOTE CAREFULLY:*
*A TRANSCRIPT PURCHASE ORDER FORM MUST BE FILED WITH THE CLERK OF THIS COURT REGARDLESS OF WHETHER THERE ARE TRANSCRIPTS TO BE ORDERED, ALREADY ON FILE, OR OTHERWISE UNNECESSARY FOR APPEAL PURPOSES. CHECK APPROPRIATE BLOCK IN PART 1.A.*

*A SEPARATE TRANSCRIPT PURCHASE ORDER FORM IS TO BE COMPLETED FOR EACH COURT REPORTER IN A CASE. THE NAME OF THE COURT REPORTER IS TO BE LISTED ON THE APPROPRIATE LINE UNDER PART 1 .A.*

### INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

*YOU HAVE TEN (10) DAYS   AFTER FILING YOUR NOTICE OF APPEAL    TO COMPLETE THIS FORM BY DOING THE FOLLOWING:*

   A. Complete Part I.
   B. Contact each court reporter involved in reporting the proceedings to make arrangements for payment
   C. Send a Copy to each court reporter.
   D. Send a Copy to:
      U.S. Court of Appeals for the Third Circuit 601 Market Street, Room 21400 Philadelphia, PA 19106-1790
   E. File a Copy with the District Court.
   F. Send a Copy to appellee(s). Make additional copies if necessary.
   G. Retain a Copy for your files.
   H. If no transcripts are being ordered, there are none or are already on file then no copies are sent to court reporters.
      The other copies are to be distributed as outlined above.

SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN DAYS (10) AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.

**PLEASE NOTE THAT IN FORMA PAUPERIS DOES NOT PROVIDE FREE TRANSCRIPTS.**

**If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Third Circuit at (215) 597-2995, or your Case Manager.**